■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAQUAN O., Appellant. [925 NYS2d 364]—Appeal from an adjudication of the Supreme Court, Erie County (Christopher J. Burns,

J.), rendered June 17, 2010. Defendant was adjudicated a youthful offender upon his plea of guilty to attempted robbery in the second degree.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.